MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
FAX: (415) 436-6748
annie.reding@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNE BACON-BERCEY, ) | Case No. CV 11-4242 JCS |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| v. ) | |
| COL. ROBERT J. SULLIVAN (RET.) and ) JENNIFER L. CASTRO, ) | |
| Defendants. ) | |

## STIPULATION

*Pro se* Plaintiff June Bacon-Bercey ("Plaintiff"), and defendants Col. Robert J. Sullivan (Ret.) and Jennifer L. Castro ("Defendants") by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 2, 2011, Defendants filed a Motion to Dismiss Plaintiff's Complaint, noticing it for a hearing before United States Magistrate Judge Joseph C. Spero on October 14, 2011 at 9:30 a.m.

2. Currently, pursuant to Civil Local Rule 7-3, the deadline to file an opposition to the Motion to Dismiss is September 19, 2011.

3. Plaintiff and Defendants seek a brief extension of time in order to engage in

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
Case No. 11-4242-JCS

efforts to seek resolution of this case.  Subject to the Court's approval, the parties hereby agree and stipulate to the following briefing schedule for the Motion to Dismiss: any opposition to the motion must be filed and served by October 14, 2011 and Defendants' reply must be filed and served by October 24, 2011.  The parties further agree that the hearing on the Motion to Dismiss will be continued from October 14, 2011 to November 4, 2011.

IT IS SO STIPULATED.

                                                Respectfully submitted,
                                                MELINDA HAAG
                                                United States Attorney

Dated: September 19, 2011                /s/ Ann Marie Reding
                                                ANN MARIE REDING
                                                Assistant United States Attorney
                                                Attorneys for the United States of America

Dated: September 19, 2011
                                                JUNE BACON-BERCEY
                                                Attorneys for Plaintiff Michael Wells

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that Defendants' Motion to Dismiss Plaintiff's Complaint will be heard on November 4, 2011, at 9:30 a.m.  Any opposition to the Motion to Dismiss shall be filed and served by October 14, 2011.  Defendant's reply shall be filed and served by October 24, 2011.

IT IS SO ORDERED.

Dated: 9/26/11

                                                JOSEPH C.
                                                UNITED STATES JUDGE

efforts to seek resolution of this case. Subject to the Court's approval, the parties hereby agree and stipulate to the following briefing schedule for the Motion to Dismiss: any opposition to the motion must be filed and served by October 14, 2011 and Defendants' reply must be filed and served by October 24, 2011. The parties further agree that the hearing on the Motion to Dismiss will be continued from October 14, 2011 to November 4, 2011.

IT IS SO STIPULATED.

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: September 19, 2011

/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for the United States of America

Dated: September 19, 2011

JUNE BACON-BERCEY
Attorneys for Plaintiff Michael Wells

[PROPOSED] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that Defendants' Motion to Dismiss Plaintiff's Complaint will be heard on November 4, 2011, at 9:30 a.m. Any opposition to the Motion to Dismiss shall be filed and served by October 14, 2011. Defendant's reply shall be filed and served by October 24, 2011.

IT IS SO ORDERED.

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
Case No. 11-4242-JCS         2