

1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ANN MARIE REDING (CSBN 226864)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6813
6       FAX: (415) 436-6748
        annie.reding@usdoj.gov
7
    Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
    JUNE BACON-BERCEY,                )  Case No. CV 11-4242 JSW
13                                     )
            Plaintiff,                 )  STIPULATION AND [PROPOSED]
14                                     )  ORDER OF DISMISSAL WITH
        v.                             )  PREJUDICE
15                                     )
    COL. ROBERT J. SULLIVAN (USMC      )  AND ORDER REQUIRING
16  RET.) and JENNIFER L. CASTRO,      )  DEFENDANTS TO SERVE
                                       )  PLAINTIFF
17          Defendants.                )
                                       )
18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
    Case No. 11-4242-JSW

1   THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

2   FOLLOWING STIPULATION:

3      Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff JUNE BACON-BERCEY and

4   defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the

5   above-captioned action, including all claims that were asserted therein.  Each party will bear its

6   own costs and attorneys' fees.

7

8   DATED: November 04, 2011               _June Bacon-Bercey_

9                                   June Bacon-Bercey
                                   *Pro se* Plaintiff

10        JANUARY 23, 2012
    DATED: ~~November ~~, 2011~~

11                                   Ann Marie Reding

12                                    Assistant United States Attorney
                                    Attorney for Defendant

13                        **~~[PROPOSED]~~ ORDER**

14      The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed

15   with prejudice.  Defendant shall serve a copy of this Order on Plaintiff.

16

17   Dated: January 31, 2012 _____

18                         JEFFREY S. WHITE
                         UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28