```
 1 │ MELINDA HAAG (CSBN 132612)
   │ United States Attorney
 2 │ JOANN M. SWANSON (CSBN 88143)
   │ Chief, Civil Division
 3 │ ANN MARIE REDING (CSBN 226864)
   │ Assistant United States Attorney
 4 │
   │ 450 Golden Gate Avenue, Box 36055
 5 │ San Francisco, California 94102-3495
   │ Telephone: (415) 436-6813
 6 │ FAX: (415) 436-6748
   │ annie.reding@usdoj.gov
 7 │
   │ Attorneys for Defendants
 8 │
 9 │                UNITED STATES DISTRICT COURT
10 │                NORTHERN DISTRICT OF CALIFORNIA
11 │                    SAN FRANCISCO DIVISION
12 │
   │ JUNE BACON-BERCEY,              )  Case No. CV 11-4242 JSW
13 │                                 )
   │         Plaintiff,              )  STIPULATION AND [PROPOSED]
14 │                                 )  ORDER OF DISMISSAL WITH
   │    v.                           )  PREJUDICE
15 │                                 )  AND ORDER REQUIRING
   │ COL. ROBERT J. SULLIVAN (USMC   )  DEFENDANTS TO SERVE
16 │ RET.) and JENNIFER L. CASTRO,   )  PLAINTIFF
                                     )
17 │         Defendants.             )
   │ _____)
18 │ ///
19 │ ///
20 │ ///
21 │ ///
22 │ ///
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │
```

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 11-4242-JSW

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff JUNE BACON-BERCEY and defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: November 04, 2011

June Bacon-Bercey
*Pro se* Plaintiff

DATED: JANUARY 23, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice. **Defendant shall serve a copy of this Order on Plaintiff.**

Dated: January 31, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE